AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Iowa

RECEIVED

2019 MAY 34 ʳˢ AM 11: 07
JUN 3

U.S. MARSHALS SERVICE
Southern District of Iowa

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RAYLON REDELL CANADA, | ) | Case No.   4:19-MJ-357 |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   RAYLON REDELL CANADA

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☑ Complaint

☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 846, 841(b)(1)(C) - Conspiracy to distribute controlled substances

Date:          06/03/2019

*Issuing officer's signature*

City and state:     Des Moines, Iowa

Helen C. Adams, Chief United States Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 6/3/19, and the person was arrested on *(date)* 6/6/19 at *(city and state)* DSM, IA. |
| Date: 6/6/19 |

*Arresting officer's signature*

DANNY WHITE   DET
*Printed name and title*

